# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PAUL ENGSTROM,<br><br>        Defendant. | 2:15-cr-00255-JAD-PAL<br>**ORDER** |

Before the court is Defendant's Motion to Reopen Detention Hearing (#22).

IT IS HEREBY ORDERED that any opposition to Defendant's Motion to Reopen Detention Hearing (#22) must be filed on or before October 5, 2015.  No reply necessary.

IT IS FURTHER ORDERED that a hearing on Defendant's Motion to Reopen Detention Hearing (#22) is scheduled for 2:00 p.m., October 8, 2015, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 28th day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE