UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>ENGSTROM PAUL,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:15-cr-00255-JAD-PAL<br><br>ORDER<br><br>(Subst Atty – Dkt. #29) |

This matter is before the court on Defendant's Substitution of Attorney (Dkt. #29) filed November 3, 2015. Kathleen Bliss of The Federal Defenders Law Group, LLC seeks leave to be substituted in the place and stead of Heidi A. Ojeda, Federal Public Defender for Defendant Engstrom Paul. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Attorney (Dkt. #29) is **APPROVED**.
2. Kathleen Bliss of The Federal Defenders Law Group, LLC is substituted in the place of Heidi J. Ojeda, Federal Public Defender for Defendant Engstrom Paul, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 9th day of November, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE