KATHLEEN BLISS
Nevada Bar No. 7606
4240 W Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Telephone: 702.366.1888
FAX: 702.366.1940

Attorney for Paul Engstrom

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-cr-00255-JAD-PAL |
|---|---|
| Plaintiff, | **MOTION TO EXTEND MOTIONS' DEADLINE** |
| vs. | |
| PAUL ENGSTROM, | |
| Defendant. | |

Defendant, Paul Engstrom, by his attorney of record, Kathleen Bliss, respectfully requests that the Court enter an order allowing him a one-week extension of the motions' deadline herein. A proposed order is submitted herewith.

In support of his motion, defendant shows the court as follows:

1. On this date, counsel for defendant requested a one-week extension from counsel for the United States. Counsel had conferred previously about the existence of additional discovery, and counsel for the government stated that an extension for filing motions would not be opposed. Defendant's counsel still believes that the government does not oppose a one-week extension.

2. On this date, December 15, 2015, the deadline for motions, defendant's counsel requested a one-week extension as no additional discovery had been provided to

date. The requested discovery concerns events on which the warrantless search of defendant's vehicle occurred, so the discovery impacts any motions filed by defendant. The government advised defendant's counsel that recently the requested discovery had been obtained by the government. Defendant's counsel should obtain the discovery, consisting of several discs, on December 16, 2015, but cannot review it until later in the week.

3. Defendant's counsel thus needs additional time to review the additional discovery, which may affect the extent and scope of any motions filed. Defendant would be seriously prejudiced if not allowed to file motions, and he bears no fault in this delay. As such, this request for a one-week extension is reasonable and not for the purpose of any delay.

4. Defendant's counsel provided the government with a proposed stipulation on this date but had not heard back from the government by close of business.

5. Counsel for the defendant further shows the court that counsel was retained on November 4, 2015 and a stipulation to extend motion and trial dates was granted by the Court on November 5, 2015. The Court set the motions deadline for December 15, 2015.

///

///

///

6. Counsel for the defendant does not anticipate that a one-week extension will affect the trial date in this case, which is scheduled on February 9, 2016.

7. As such the schedule would be as follows:

Motions deadline: December 22, 2015; Responses: January 5, 2016; Replies: January 12, 2016.

DATED this 15th day of December, 2015.

/S/ *Kathleen Bliss*
Kathleen Bliss, Esq.
Kathleen Bliss Law Group, PLLC
The Federal Defenders Law Group, LLC
Nevada Bar #7606

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>PAUL ENGSTROM,<br><br>       Defendant. | CASE NO. 2:15-cr-00255-JAD-PAL<br><br>**ORDER ON DEFENDANT'S MOTION TO EXTEND MOTIONS' DEADLINE** |

The Court, having before it defendant Paul Engstrom's motion to extend motions' deadline finds good cause to grant defendant's motion. Good cause appearing therefore, the Court **FINDS** that:

1. On December 15, 2015, the United States notified counsel for defendant of additional discovery recently obtained by the United States. Defendant's counsel should receive the discovery, consisting of several discs, on December 16, 2015.

2. Defendant's counsel needs additional time to review the additional discovery, which may affect the filing of motions.

3. Counsel for the defendant was retained on November 4, 2015 and a stipulation to extend motion and trial dates was granted by the Court on November 5, 2015. The Court set the motions deadline for December 15, 2015.

4. The Court finds that a one-week extension will not affect the trial date in this case, which is scheduled on February 9, 2016.

**IT IS HEREBY ORDERED:**

1. Motions shall be filed on or by December 22, 2015

4

| | |
|---|---|
| 1 | Responses shall be filed on or by January 5, 2016 |
| 2 | Replies shall be filed on or by January 12, 2016. |

DATED this 16th day of December, 2015.

                                                    UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure, I certify that I am an employee of THE FEDERAL DEFENDERS LAW GROUP, LLC, and that on this 15th day of December, 2015, I did cause a true and correct copy of:

**MOTION TO EXTEND MOTIONS' DEADLINE**

To be served electronically to the parties of record through electronic mail:

By: /s/ Krystle Platero

An employee of
THE FEDERAL DEFENDERS LAW GROUP, PLLC