KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
JASON HICKS, ESQ.
Nevada Bar No. 13149
KATHLEEN BLISS LAW PLLC
400 S. 4th St., Suite 500
Las Vegas, Nevada 89101
Telephone: 702.793.4000
Facsimile: 702.793.4001

*Attorneys for Paul Engstrom*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff; <br><br> vs. <br><br> PAUL ENGSTROM, et al., <br><br> Defendant. | CASE NO.: 2:15-cr-00255-JAD-PAL <br><br> **STIPULATION TO CONTINUE DEADLINE TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION AND PROPOSED ORDER** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Kathleen Bliss, counsel for Paul Engstrom, that the current deadline of March 19, 2016, in which Defendant must file his objections to Magistrate Judge Leen's Report and Recommendation on Defendant's Motion to Suppress be extended for thirty (30) days. This stipulation is entered into based upon the following:

1. Defendant Paul Engstrom ("Defendant") was charged by way of indictment on September 9, 2015, with one count of conspiracy to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(C), and one count of possession with intent to distribute a controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).  *See docket # 15*.

2. Defendant filed his Motion to Suppress on December 22, 2015.  *Docket # 43*.

3. Magistrate Judge Peggy Leen held a hearing on Defendant's Motion to Suppress on February 12, 2016 (*docket # 57*) and issued her Report and Recommendation to deny Defendant's Motion on March 2, 2016 (*docket # 58*).

4. Defendant's Objections to Judge Leen's Report and Recommendation are currently due by March 19, 2016.  *Id*.

5. Defendant remains in custody at the Nevada Southern Detention Center in Pahrump, Nevada, pending trial.  Defendant's custodial status makes it more difficult for counsel and Defendant to communicate regarding his case, the decisions of the Court, and strategy moving forward.

6. Counsel for Defendant ordered the transcript of the suppression hearing on an expedited basis as said transcript is necessary for preparation of his Objections to the Report and Recommendation.  Counsel received this transcript today.

7. In light of the above, the process of obtaining this transcript, reviewing it, meeting with Defendant to discuss, and drafting the Objections cannot reasonably been done before the current deadline of March 19, 2016.

\\\
\\\
\\\
\\\
\\\
\\\
\\\

8. Based upon the foregoing, counsel for Defendant and the government hereby stipulate and agree to extend the deadline within which Defendant must file his Objections to the Report and Recommendation by thirty (30) days. Defendant shall file his Objections on or before April 21, 2016.

9. This Stipulation is entered into in good faith and not for purposes of delay.

Dated this 14th day of March 2016.

/S/ Susan Cushman
Susan Cushman
Assitant United States Attorney

Attorney for the United States

/S/ Kathleen Bliss
Kathleen Bliss, Esq. of
Kathleen Bliss Law PLLC

Attorney for Defendant Paul Engstrom

### ORDER

Based upon the stipulation of counsel for the United States and for the Defendant, and good cause appearing, it is hereby ORDERED that the current deadline in which Defendant must file his Objections to Magistrate Judge Leen's Report and Recommendation on Defendant's Motion to Suppress is extended to April 21, 2016.

IT IS SO ORDERED:

United States District Judge

DATED: March 14, 2016

## CERTIFICATE OF SERVICE

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure and Rule 47-11 of the Local Rules of Practice of the United States District for the District of Nevada, I certify that I am an employee of KATHLEEN BLISS LAW PLLC, and that on this 14th day of March, 2016, I did cause a true copy of:

**STIPULATION TO CONTINUE DEADLINE TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION AND PROPOSED ORDER**

To be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing system in this action.

By:  /s/ Sylvia Bishai
An employee of
KATHLEEN BLISS LAW PLLC