FILED _____RECEIVED
_____ENTERED _____SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 2 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:15-cr-00255-2-JAD-PAL |
| v. | ) | |
| | ) | |
| PAUL ENGSTROM, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

On August 2, 2016, this Court granted Defendant Paul Engstrom's Motion to Withdraw as Attorney (doc. 82) and ordered that new counsel be appointed.

IT IS SO ORDERED that THOMAS A. ERICSSON, ESQ. is appointed as counsel in place of Kathleen Bliss for all further proceedings.

Ms. Bliss shall forward the file to Mr. Ericsson forthwith.

DATED this 2nd day of August, 2016.

_____
Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE