DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-0255-JAD-PAL |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | |
| PAUL ENGSTROM, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney; Susan Cushman, Assistant United States Attorney, counsel for the United States of America and Tom Ericsson, Esq., counsel for defendant, that sentencing in the above-captioned matter currently scheduled to commence on Wednesday, January 18, 2017, at 11:00 a.m. be continued for not sooner than 2 weeks or to date a date and time convenient to the Court and both counsel.

This Stipulation is entered into for the following reason:

1. Counsel for the government needs time to respond to Defendant's sentencing memorandum. Local Rule (LCR) 32-1(d) states that "[a] sentencing memorandum addressing any unresolved objections to the presentence report or other sentencing issues shall be filed by either party … not later than 5 court days before the sentencing hearing." On January 11, 2017,

Defendant filed a 26-page sentencing memorandum with 67- pages of exhibits. According to LCR 32-1(d) the United States' response is due three court days prior to the date set for sentencing which would be January 11, 2017 - the same day Defendant filed his sentencing memorandum

    2. The parties agree to the continuance.

    3. The defendant is in custody, and does not object to the request.

    4. This is the first request to continue the sentencing.

DATED this 12th day of January, 2017.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Susan Cushman*

_____
SUSAN CUSHMAN
Assistant United States Attorney

*/s/ Tom Ericsson*

_____
TOM ERICSSON, ESQ.
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:15-cr-0255-JAD-PAL |
| Plaintiff, ) | |
| vs. ) | ORDER TO CONTINUE SENTENCING |
| PAUL ENGSTROM, ) | |
| Defendant. ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until February 13, 2017 at 10:00 a.m.

DATED this 13th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE

3